**DISMISS; and Opinion Filed September 3, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00935-CV

### IN THE INTEREST OF R.W.W., JR. AND J.R.W., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-94-11979**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Fillmore

Appellant has filed a motion to dismiss the appeal indicating she is "not presently able to afford the costs" of appeal. Appellant has not met the requirements of rule of appellate procedure 20.1 for establishing indigence. TEX. R. APP. P. 20.1. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140935F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF R.W.W., JR. AND
J.R.W., CHILDREN

No. 05-14-00935-CV

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-94-11979.
Opinion delivered by Justice Fillmore.
Justices Evans and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Rainey Washington recover his costs, if any, of this appeal from appellant Tanisha Simon.

Judgment entered this 3rd day of September, 2014.